**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00398-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GASTELUM-LAUREN,

    Defendant.

## MINUTE ORDER[1]

    The 10th Circuit entered its **Order and Judgment** [#63] April 1, 2010, the Mandate was entered in this court on April 23, 2010, [#64]. Based on the foregoing orders,

    **IT IS ORDERED** as follows:

    1. That the court shall conduct a re-sentencing hearing on **May 27, 2010**, commencing at 9:00 a.m.;

    2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing; and

    3. That a copy of this Minute Order shall be served on the Probation Department.

    Dated: April 26, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.