**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00398-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GASTELUM-LAUREN,

    Defendant.

---

**MINUTE ORDER**[1]

---

    On June 3, 2010, the court conducted a telephonic setting conference to reset the re-sentencing in this matter. After conferring with counsel and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **September 24, 2010**, at 1:30 p.m., the court shall conduct a re-sentencing in this matter; and

    2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: June 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.