# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00398-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GASTELUM-LAUREN,

    Defendant.

# MINUTE ORDER[1]

    The matter is before the court *sua sponte* . On September 22, 2010, the government filed **Government's Statement in Advance of Resentencing and Motion for Variance** [#73]. The court, the probation officer, and, I suspect, the defendant requires a reasonable time to consider the government's motion. Thus, the sentencing hearing should be continued for a reasonable time.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the sentencing hearing set for September 24, 2010, is **VACATED** and is **CONTINUED** pending further order of court;

    2. That on **September 27, 2010** at 11:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: September 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.