**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00398-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GASTELUM-LAUREN,

    Defendant.

---

**MINUTE ORDER**[1]

---

On September 27, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **November 5, 2010**, commencing at 8:00 a.m., the court shall conduct a sentencing hearing in the above-captioned matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That on or before **October 22, 2010**, the defendant shall file a response to the **Government's Statement in Advance of Resentencing and Motion for Variance** [#73] filed September 22, 2010.

Dated: September 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.